UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAGGED, INC., | ) | |
| Plaintiff(s), | ) | No. C 09-1706 BZ |
| v. | ) | **ORDER SCHEDULING HEARING** |
| DOES 1-10, et al., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Administrative Request For Leave To Take Discovery is scheduled for **Wednesday, June 3, 2009, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San San Francisco, California 94102.

Dated: May 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TAGGED, INC\ORDER SCHEDULING HEARING.wpd

1