David Chiappetta (SBN 172099)
E-mail: DChiappetta@perkinscoie.com
Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Plaintiff
Tagged, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Does 1 through 10 as Affiliate Programs for ISECUREBILL.COM, and Does 11 through 500 as Affiliate Spammers for ISECUREBILL.COM,<br><br>Defendants. | Case No. CV-09-1706 SBA<br><br>**ORDER GRANTING PLAINTIFF TAGGED, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

The Court, having considered Plaintiff Tagged, Inc.'s Administrative Request Pursuant To Local Rule 7-11 For Leave To Take Discovery Prior To Rule 26 Conference, hereby GRANTS the motion.  Therefore, it is hereby ORDERED as follows:

**(1) Immediate Discovery**

ORDERED that Tagged Inc. ("Tagged") may immediately serve subpoenas on the domestic privacy registrants and internet service providers for isecurebill.com and its affiliated websites including ilovebootay.com and 14inchesanal.com (collectively "isecurebill.com"), in the form attached as Exhibits A through D for the limited purpose of obtaining the names, current and former addresses, telephone numbers, e-mail addresses, IP addresses, and/or other information

(collectively "Identifying Information") that may be used to identify the individuals or entities responsible for registering, controlling, or paying for the domains, sub-domains, or websites located at or under isecurebill.com, including the registrant contact, administrative contact, technical contact, and billing contact, and including all IP addresses used by any such persons or entities to register, administer, maintain, operate, pay for, or upload information to the domain name or the website.

ORDERED that Tagged must serve a copy of this Order attached to any subpoena it serves pursuant to this Order.

**(2) Identification and Service on Defendants**

ORDERED that the privacy registrants and internet service providers served with subpoenas as provided herein shall identify the individuals or entities responsible for registering, controlling, or paying for the domains, sub-domains, or websites located at or under isecurebill.com within five days of service of the subpoena, and in that five-day period serve such individuals or entities with a copy of the subpoena and this Order.

**(3) Motions to Quash or Other Objections**

ORDERED that any individual or entity served with a subpoena pursuant to this Order shall have 20 days from service of the subpoena, to move to quash or otherwise object to the subpoena.  If no such action is taken within this time period, then following its expiration, the recipient of the subpoena shall immediately produce the information requested in the subpoena.

**(4) Preservation of Evidence**

ORDERED that the recipient of a subpoena pursuant to this Order shall preserve and not destroy all documents and evidence requested in the subpoena.

**(5) Scope of Use of the Identifying Information**

ORDERED that any information disclosed to Tagged in response to the subpoena may be used by it solely for the purpose of protecting its rights in the above-captioned case. Any such information filed with this Court shall conform to Federal Rule of Civil Procedure 5.2 and Civil Local Rule 3-17.

1       IT IS SO ORDERED.

2 Dated this 30th day of June, 2009.

3

4

5                               _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV-09-1706 SBA
[PROPOSED] ORDER

58520-0015/LEGAL16181728.2